IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fleming, Jarran J

Printed: 9/3/08

Case Number: 08 B 05839
Judge: Wedoff, Eugene R
Filed: 3/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: May 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,833.36 |  |
| Secured: |  | 375.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,209.19 |
| Trustee Fee: |  | 249.17 |
| Other Funds: |  | 0.00 |
| Totals: | 3,833.36 | 3,833.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 3,209.19 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 20,878.61 | 375.00 |
| 5. | Cook County Treasurer | Secured | 8,400.00 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 3,500.00 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Priority | 3,790.48 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 670.50 | 0.00 |
| 9. | GE Money Bank | Unsecured | 1,103.58 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 126.73 | 0.00 |
| 11. | Bass & Associates | Unsecured | 503.23 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 519.00 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 1,555.37 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 464.66 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 101.22 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 1,021.43 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 507.69 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 529.19 | 0.00 |
| 19. | EMC Mortgage Corporation | Secured |  | No Claim Filed |
| 20. | AFNI | Unsecured |  | No Claim Filed |
| 21. | Creditors Protection Service | Unsecured |  | No Claim Filed |
| 22. | Carson Pirie Scott | Unsecured |  | No Claim Filed |
| 23. | Black Enterprises | Unsecured |  | No Claim Filed |
| 24. | Creditors Protection Service | Unsecured |  | No Claim Filed |
| 25. | GEMB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fleming, Jarran J | Case Number: 08 B 05839 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 3/12/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Great Lakes Specialty Finance | Unsecured | | No Claim Filed |
| 27. | Nicor Gas | Unsecured | | No Claim Filed |
| 28. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 29. | Truckin | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 47,153.19 | $ 3,584.19 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 249.17 |
| | _____ |
| | $ 249.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

